UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ELECTRONICALLY FILED

| | |
|---|---|
| MAAN RAAD ALFADHLI ) <br> ) <br> PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> UNITED FINANCIAL CASUALTY ) <br> COMPANY D/B/A PROGRESSIVE ) <br> CASUALTY INSURANCE COMPANY; ) <br> and ) <br> SAFECO INSURANCE COMPANY ) <br> OF ILLINOIS D/B/A LIBERTY ) <br> MUTUAL INSURANCE COMPANY ) <br> ) <br> DEFENDANTS ) <br> ) <br> _____ ) | Civil Action No. 3:21-CV-56-DJH <br><br><br><br><br><br><br><br><br><br> Removed from: <br> Jefferson Circuit Court, Div. 2 <br> Case No. 21-CI-000053 |

**NOTICE OF REMOVAL**

Comes the Defendant, Safeco Insurance Company of Illinois d/b/a Liberty Mutual Insurance Company ("Safeco"), by counsel, and for its notice of removal of this action from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division, states as follows:

1. On January 12, 2021, Safeco was served with the Plaintiff's complaint, and summons filed in the Jefferson Circuit Court, Division 2 under case number 20-CI-000053.

2. Upon information and belief, and at all times relevant hereto, Plaintiff Maan Raad Alfadhli was and is an individual resident and citizen of the

Commonwealth of Kentucky. Upon information and belief, the Plaintiff claims damages in excess of $75,000, exclusive of interest and costs.

3. Upon information and belief, and at all times relevant hereto, Defendant United Financial Casualty Company d/b/a Progressive Casualty Insurance Company ("United Financial Casualty Company") was and is a corporation formed under the laws of the state of Ohio with a principal place of business at 6300 Wilson Mills Road, Cleveland, Ohio. United Financial Casualty Company provided an automobile insurance policy to the Plaintiff, with uninsured motorist policy limits of $150,000, which United Financial Casualty Insurance is claiming is excess to any other available insurance coverage.

4. Defendant Safeco is and was at all times relevant hereto, including the time of the filing of this notice of removal and at the commencement of the state court action, an Illinois corporation with a principal place of business located at 175 Berkeley Street, Boston, Massachusetts. Safeco provided an automobile insurance policy to the Plaintiff, with uninsured motorist policy limits of $50,000, but no uninsured motorist coverage is available under this policy due to a clear and unambiguous livery exclusion in the policy.

5. Copies of all process and pleadings in the state court action are attached hereto as required by 28 U.S.C. § 1446(a).

6. The action is one over which the Court has original jurisdiction under 28 U.S.C. § 1332(a)(1), and is one which the Defendants may remove to this Court under 28 U.S.C. § 1441, because this is an action between citizens of different

states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. This notice of removal is filed within 30 days after Safeco was served with the Plaintiff's complaint in the state court action, and within one year after the commencement of this action.

8. Defendant United Financial Casualty Company consents to the removal of this case from state to federal court.

                Respectfully submitted,

/s/ Akesha Kirkpatrick
Charles H. Cassis, Esq.
Akesha Kirkpatrick
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, KY  40059
akirkpatrick@goldbergsimpson.com
PH: (502) 589-4440 / FAX: (502) 581-1344
*Counsel for Defendant,*
*Safeco Insurance Company of Illinois*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on this 29th day of January 2021, I electronically filed this document through the ECF system, and I served this document through regular U.S. Mail, postage prepaid, upon the following:

| | |
|---|---|
| Mark A. Weis<br>ROMINES WEIS & YOUNG PSC<br>600 West Main Street<br>Suite 100<br>Louisville, KY 40202<br>*Counsel for Plaintiff* | Jillian D. House<br>WARD, HOCKER & THORNTON, PLLC<br>333 West Vine Street,<br>Suite 1100<br>Lexington, KY 40507<br>*Counsel for Defendant United Financial Casualty Company* |

              /s/ Akesha Kirkpatrick
              *Counsel for Defendant,*
              *Safeco Insurance of Illinois*